UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

| | | | |
|---|---|---|---|
| Case No. | CV 11-4888 DSF (AGRx) | Date | 2/16/12 |
| Title | Haywood Galbreth v. Regnery Publishing, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order to Show Cause re Failure to Prosecute

  On December 2, 2011, Plaintiff accepted the Offer of Judgment by Defendant Regnery Publishing and requested the clerk to enter judgment in favor of plaintiff. Counsel has failed to provide a judgment as required and has not taken any further steps to prosecute this matter.

  Counsel is ordered to show cause in writing by March 5, 2012 why counsel should not be sanctioned in the amount of $250 for counsel's failure to provide the necessary documentation to close out the matter <u>and</u> why this matter should not be dismissed for failure to prosecute.

n/a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

n/a